

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00717-CR

Carlos **GUTIERREZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No 2, Bell County, Texas
Trial Court No. 2C-11-01586
The Honorable John Mischtian, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 13, 2013.

Patricia O. Alvarez, Justice